ISIDRO ABASCAL, Appellant, v CITY OF NEW YORK, Respondent.

Submitted June 20, 2011; decided September 13, 2011

Motion for reargument of motion for leave to appeal denied (*see* 16 NY3d 882 [2011]).

In the Matter of JOSHUA BERNSTEIN, a Disbarred Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Petitioner.

Decided September 13, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.